**Order entered December 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00100-CR

**CHRISTOPHER ROMMELL MCKINNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-75306-M**

## ORDER

Before the Court is appellant's December 16, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on February 12, 2021.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE